038654/01245/MHW/JFM

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIE HAMPTON, | |
| Plaintiff, | Case Number 1:13 cv 08598 |
| v. | Judge William T. Hart |
| WEXFORD HEALTH SOURCES, INC. et al | |
| Defendants. | |

### PLAINTIFF'S VOLUNTARY DISMISSAL AGAINST ALL DEFENDANTS

NOW COMES the Plaintiff, WILLIE HAMPTON, by and through his attorney, Thomas E. Brabec, of the Law Offices of Thomas E. Brabec, and hereby dismisses this case against Defendants, WEXFORD HEALTH SOURCES, INC., MARCUS HARDY, and TARRY WILLIAMS, as follows:

1. Defendants, WEXFORD HEALTH SOURCES, INC., MARCUS HARDY, and TARRY WILLIAMS, shall be dismissed from the above-captioned litigation; and

2. Each party shall bear their own attorney's fees, costs, and expenses

Respectfully submitted,

WILLIE HAMPTON

By: _____
His attorney
Thomas E. Brabec
Law Offices of Thomas E. Brabec
18154 Harwood Ave., # 204
Homewood, IL 60430
(708) 960-0580
t.brabec@sbcglobal.net

WEXFORD HEALTH SOURCES, INC.

By: /s/ James F. Maruna

        One of its attorneys
Matthew H. Weller / ARDC No. 6278685
James F. Maruna / ARDC No. 6313433
20 N. Wacker Dr. Suite # 1000
Chicago, IL 60606
(312) 641-3100
mweller@cassiday.com
jmaruna@cassiday.com

MARCUS HARDY and TARRY WILLIAMS

By: /s/ Patrick D. Morris
    His attorney
    Patrick D. Morris
    Office of the Illinois Attorney General
    100 West Randolph Street, 13th Floor
    Chicago, IL 60601
    (312) 814-4416
    pmorris@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2017 I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Thomas E. Brabec

8592297 JMARUNA;JMARUNA